UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LABAR SPANN, et al.

No. 17 CR 611

Judge Thomas M. Durkin

## PROTECTIVE ORDER

The Court having found just cause for the entry of a protective order,

**IT IS HEREBY ORDERED** that a protective order with respect to all documents produced by the Civilian Office of Police Accountability ("COPA"), the Chicago Police Department ("CPD"), and the Federal Bureau of Investigation ("FBI") in response to a subpoena and/or other request regarding Xavier Elizondo be granted as follows:

(1)     COPA and CPD shall be permitted to redact from the produced files produced herein: all sensitive information relating to any police officer, including his/her social security number, employee ID, date of birth, driver's license number, FOID card number, home addresses, and information regarding the officer's spouses or children; certain sensitive information relating to any civilians, including their social security numbers; sensitive information relating to COPA and CPD employees, such as social security numbers, employee numbers, and user ID numbers; and information regarding juveniles;

(2)     COPA and CPD shall be permitted to mark the produced files as "confidential" if needed;

(3)     the produced files produced pursuant to this order, shall be used solely by counsel to this action and only for purposes of this action for no other litigation or purposes;

(4)     counsel to this action shall not disclose any of the documents produced or any information contained in the produced files except to other counsels to this action and expert witnesses as may be needed to prosecute or defend this action, or as otherwise permitted pursuant to further order of this Court;

(5)     for documents marked by COPA and CPD as "UNREDACTED," the parties and counsel shall be required to redact all sensitive information relating

to any police officer, including his/her social security number, employee ID, date of birth, driver's license number, FOID card number, home addresses, and information regarding the officer's spouses or children; certain sensitive information relating to any civilians, including their social security numbers; sensitive information relating to COPA and CPD employees, such as social security numbers, employee numbers, and user ID numbers; and information regarding juveniles;

(6)    upon termination of this action, the provisions of this order shall continue to be binding upon all parties and attorneys to this action; and

(7)    within thirty (30) days of the termination of this action, counsel for the parties shall return all copies of the produced files that were produced, pursuant to this protective order to the United States Attorney's Office for the Northern District of Illinois for dissemination back to COPA, CPD, and the FBI, respectively.

(8)    The parties agree to the following terms and limitations:

    a.    The parties are familiar with HIPAA (Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 & 42 U.S.C. (2002)) and the Privacy Standards (Standards for Privacy of Individually Identifiable Health Information, 45 C.F.R. §§ 160 & 164 (2000)).

    b.    The parties recognize that it may be necessary during the course of this proceeding to produce PHI (protected health information, as that term is used in HIPAA and the Privacy Standards).

    c.    The parties agree not to use or disclose the PHI released for this proceeding for any other purpose or in any other proceeding.

    d.    The parties agree to store all PHI while it is in their possession according to the Privacy Standards.

    e.    The parties agree at the termination of this proceeding to dispose of the PHI released during the course of this proceeding pursuant to the Privacy Standards.

    f.    The parties are also familiar with JCA (Juvenile Court Act), codified primarily at 705 ILCS 405/et seq.

g.     The parties recognize that JCA requires COPA and CPD to redact identifying information for any juveniles named in the case file.

h.     The parties agree not to use or disclose any information that may still be identifiable in the attached case file.

i.     The parties agree to store all juvenile-related materials and information while it is in their possession according to standards set forth in JCA, or to take other steps reasonably necessary to protect the privacy of any juveniles appearing in the case file.

j.     The parties agree at the termination of this proceeding to dispose of the juvenile- related materials and information in accordance with the standards set forth in JCA, or to take other steps reasonably necessary to protect the privacy of any juveniles appearing in the case file.

k.     The parties are familiar with all other applicable federal, state, and local laws relating to the use, disclosure and storage of the documents produced by COPA and CPD and agree to abide by all other applicable federal, state and local laws with regards to the use, disclosure, and storage of the documents produced by COPA and CPD.

l.     The parties shall redact, before filing such documents or using such documents in court proceedings, all sensitive information relating to any police officer, including his/her social security number, employee ID, date of birth, driver's license number, FOID card number, home addresses, and information regarding the officer's spouses or children; certain sensitive information relating to any civilians, including their social security numbers; sensitive information relating to COPA and CPD employees, such as social security numbers, employee numbers, and user ID numbers; and information regarding juveniles.

ENTERED: _____7|3_____, 2019

_____
Judge