UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LABAR SPANN,<br>TREMAYNE THOMPSON, and<br>JUHWUN FOSTER | No. 17 CR 611-1, 611-3, and 611-4<br><br>Honorable Thomas M. Durkin |

**GOVERNMENT'S REPORT TO THE COURT ON THE STATUS OF THE DEATH PENALTY REVIEW**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits the instant status report regarding the death penalty review as directed by the Court on April 6, 2020. Doc. #720. The government responds as follows:

1. Today, April 13, 2020, the Attorney General of the United States authorized and directed the United States Attorney not to seek the death penalty against Labar Spann, Tremayne Thompson, and Juhwun Foster.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/ Peter S. Salib*
PETER S. SALIB
TIMOTHY J. STORINO
WILLIAM DUNNE
KAVITHA BABU
Assistant U.S. Attorneys
219 South Dearborn, Room 500
Chicago, IL 60604
312) 353-5300

Dated: April 13, 2020