UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | 17 CR 611-1, 611-3, 611-4 |
|---|---|
| v. | |
| LABAR SPANN, TREMAYNE THOMPSON, and JUHWUN FOSTER | Judge Thomas M. Durkin |

**JOINT STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, jointly with defense counsel for defendants Labar Spann, Tremayne Thompson, and Juhwun Foster, hereby submit this status report as directed by the Court. Doc. #724.

1. This Court requested that the parties file a joint status report regarding two issues: 1) whether the parties believe the current health crisis will in any way impact their ability to begin the trial set for September 8, 2020; and 2) what the current estimate is for the length of trial in light of the government's decision not to seek the death penalty as disclosed on April 13, 2020.

2. As to the first question of the parties' ability to begin trial on September, 8, 2020, the parties jointly agree that due to the ongoing health crisis, neither the government nor the defense[1] believe they will be effectively or fully prepared to begin trial as scheduled. The reasons are as follows:

---

[1] Unless otherwise noted, all defendants agree to the positions represented collectively here as those of the defense.

a. <u>Pretrial Motions</u>: Pursuant to Chief Judge Pallmeyer's Third Amended General Order, all previously scheduled court deadlines were extended for an additional 28 days from the two prior orders, which total 77 days. This Court previously set defense pretrial motions be filed by April 15, 2020. Accordingly, the new defense motion filing deadline is approximately July 1, 2020. As this Court stated at previous status hearings, the Court would set a briefing and any evidentiary hearing dates the week following the defense filings. After briefings, many motions may require evidentiary hearings, and the hearings may not be applicable to all defendants, which would require separate hearing dates. Accordingly, the parties would likely be litigating numerous pre-trial motions throughout August and potentially past the start of trial.

b. <u>Witness Preparation</u>: Preparing civilian witness may prove to be difficult, if not impossible, as both the government agents and defense investigators would need to locate, serve, and interview in defense counsel's or the government's offices. Additionally, a number of the government's witnesses are in custody (as are possible defense witnesses), and transporting those witnesses from various local, state, and federal facilities may be extremely difficult before September.[2] Defense anticipates it will need expert witnesses[3] (and if so, likewise will the government)

---

[2] The government has contacted the United States Marshal Service about transporting witnesses in custody to this district, and the government can elaborate on the details of this issue further under seal, if the Court wishes.

[3] Defense counsel has offered to elaborate on this point further to the Court *ex parte*, if necessary.

that may be difficult to secure during the current health crisis. The experts' testimony, once secured, may also then be subject of *Daubert* hearings.

      c.    <u>Records</u>: The ability to obtain records through subpoena may be difficult with numerous agencies having reduced staff on-site and a reduced capacity to process records requests in a timely manner.

      d.    <u>Jurors</u>: Assuming jurors could return to the courthouse in September, it may be difficult to find a broad, diverse, and fair jury pool with many people out of work, or with people just returning to work, to sit for a multi-month trial. This is in addition to the potential health risks that particularly vulnerable individuals to which they may be exposing themselves.

      e.    <u>Preparation of Defendants</u>: Defense counsel have been unable to meet their respective clients and will likely remain unable to do so in the near future. Defense counsel represent that they cannot effectively prepare for trial with their clients during irregularly scheduled phone calls at the MCC, which sometimes take more than 10 days to schedule a 30-minute call.

3. As to the length of the trial in light of the fact that the death penalty will not be sought against any defendant, the government maintains its previous representations that its case in chief will likely last two to three months.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                      United States Attorney

By:   /s/ *Peter S. Salib*
       PETER S. SALIB
       TIMOTHY J. STORINO
       WILLIAM DUNNE
       KAVITHA BABU
       Assistant U.S. Attorneys
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300


       */s/ Ellen R. Domph*
       Ellen R. Domph

Law Offices of Ellen R. Domph
53 W. Jackson Blvd. Suite 1544
Chicago, IL 60604
(312) 922-2525
edomph@gmail.com

       */s/ Damon M. Cheronis*
       Damon M. Cheronis

       */s/ Ryan J. Levitt*
       Ryan J. Levitt
       Attorneys for Juhwun Foster

Law Office of Damon M. Cheronis
140 S. Dearborn Street Suite 411
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

*/s/ Steven J. Shobat*
Steven J. Shobat

Law Offices of Steven J. Shobat
53 W. Jackson Blvd. Suite 1434
Chicago, IL 60604
(312) 353-2118
steven.shobat@sbcglobal.net

*/s/ Justina Shobat*
Justina Shobat

Law Offices of Justina Shobat
53 W. Jackson Blvd. Suite 1434
Chicago, IL 60604
(312) 353-2118
jshobat@gmail.com

*/s/ Matthew J. McQuaid*
Matthew J. McQuaid
Attorneys for Labar Spann

Law Offices of Matthew J. McQuaid
53 West Jackson Boulevard, Suite 1062
Chicago, IL 60604
(312) 588-1282
mcquaidmat@aol.com

*/s/ John M. Beal*
John M. Beal

John M. Beal
Attorney at Law
53 W Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 408-2766
johnmbeal@att.net

*/s/ Andrea Elizabeth Gambino*
                                             Andrea Elizabeth Gambino
                                             Attorneys for Tremayne Thompson

Law Offices of Andrea Elizabeth Gambino
53 West Jackson Boulevard Suite 1332
Chicago, IL 60604
(312) 322-0014
agambinolaw@gmail.com

Dated: May 4, 2020