UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LABAR SPANN,<br>TREMAYNE THOMPSON, and<br>JUHWUN FOSTER | 17 CR 611-1, 611-3, 611-4<br><br>Judge Thomas M. Durkin |

**JOINT STATUS REPORT**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, jointly with defense counsel for defendants Labar Spann, Tremayne Thompson, and Juhwun Foster, hereby submit this status report as directed by the Court. Doc. #735.

1. On May 5, 2020, this Court continued the trial date from September 8, 2020, to September 13, 2021. Doc. #735. The parties have conferred and have no objection to the trial date being reset to September 13, 2021. The parties believe that date is feasible.

2. On behalf of Tremayne Thompson only, lead defense counsel John Beal reports the following to the Court:

 a. Counsel for defendant Tremayne Thompson brings to the Court's attention that Judge Matthew Kennelly has set the case of *United States v. Floyd Brown,* 19 CR 50016, for trial on August 9, 2021. Defendant Thompson's lead counsel is also lead counsel in that case. That case is death penalty-eligible, but counsel for Mr. Brown has not yet made a mitigation presentation to the United States Attorney, much less to the Department of Justice in Washington, D.C. Consequently, based just

on the calendar, counsel does not believe that August 2021 is a realistic trial date if the death penalty were to be authorized for the *Brown* case. This Court may wish to confer with Judge Kennelly about the conflict in dates. Other than the scheduling issue presented by the *Brown* case, counsel for defendant Thompson does not object to a trial date in this case on September 13, 2021.

3. The parties would like to schedule a status hearing with the Court, at its convenience, to address the trial date and the conflict with the *Brown* case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Peter S. Salib*
PETER S. SALIB
TIMOTHY J. STORINO
WILLIAM DUNNE
KAVITHA BABU
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300


*/s/ Ellen R. Domph*
Ellen R. Domph

Law Offices of Ellen R. Domph
53 W. Jackson Blvd. Suite 1544
Chicago, IL 60604
(312) 922-2525
edomph@gmail.com

                                            */s/ Damon M. Cheronis*
                                            Damon M. Cheronis

                                            */s/ Ryan J. Levitt*
                                            Ryan J. Levitt
                                            Attorneys for Juhwun Foster

Law Office of Damon M. Cheronis
140 S. Dearborn Street Suite 411
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

                                            */s/ Steven J. Shobat*
                                            Steven J. Shobat

Law Offices of Steven J. Shobat
53 W. Jackson Blvd. Suite 1434
Chicago, IL 60604
(312) 353-2118
steven.shobat@sbcglobal.net

                                            */s/ Justina Shobat*
                                            Justina Shobat

Law Offices of Justina Shobat
53 W. Jackson Blvd. Suite 1434
Chicago, IL 60604
(312) 353-2118
jshobat@gmail.com

                                            */s/ Matthew J. McQuaid*
                                            Matthew J. McQuaid
                                            Attorneys for Labar Spann

Law Offices of Matthew J. McQuaid
53 West Jackson Boulevard, Suite 1062
Chicago, IL 60604
(312) 588-1282
mcquaidmat@aol.com

/s/ *John M. Beal*
John M. Beal

John M. Beal
Attorney at Law
53 W Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 408-2766
johnmbeal@att.net

/s/ *Andrea Elizabeth Gambino*
Andrea Elizabeth Gambino
Attorneys for Tremayne Thompson

Law Offices of Andrea Elizabeth Gambino
53 West Jackson Boulevard Suite 1332
Chicago, IL 60604
(312) 322-0014
agambinolaw@gmail.com

Dated: June 5, 2020