UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LABAR SPANN, et al. | No. 17 CR 611<br><br>Judge Thomas M. Durkin |

**AMENDED PROTECTIVE ORDER GOVERNING DISCOVERY AS TO DEFENDANT LABAR SPANN**

Upon the motion of the Defendant, Labar Spann, and without objection of the United States of America, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED:

1. The protective order in this case, entered on November 21, 2017 under Docket Entry Document # 135, is now modified as it pertains to Defendant Labar Spann only, at the request of his defense counsel, in preparation for his scheduled jury trial on September 13, 2021.

2. Any materials provided to defense counsel for defendant Labar Spann identified by the government as Section 3500 material, or for "attorney's eyes only," may, in preparation for trial, now be labeled and treated as "sensitive materials" by defense counsel for Labar Spann.

3. Such sensitive materials be utilized by defense counsel to share with investigators, or persons hired or consulted to assist in the defense of the case. Such sensitive materials may also be further discussed with and shared with Defendant Labar Spann in preparation for trial.

4. In the event defense counsel for Defendant Labar Spann determines that certain sensitive materials should be available for further review by Defendant

Labar Spann at the Livingston County Jail, defense counsel will first notify the government in that regard.

5. Following such notification, defense counsel for Labar Spann will leave the sensitive materials with a predesignated staff member at the Livingston County Jail. Such sensitive materials will then be secured and maintained in a separate area from any non-sensitive materials already provided to Defendant Labar Spann in this case. The sensitive materials may then be reviewed by Defendant Labar Spann at a designated reviewing location at the Livingston County Jail, but may not be copied or taken with him in any manner when he leaves the designated reviewing location at the Livingston County Jail.

6. Any non-sensitive or sensitive materials in this case will not be accessible to any other inmates at the Livingston County Jail, or any other institution Defendant Labar Spann is detained at, while and/or after this case is pending.

7. In all other respects, the protective order entered in this case on November 21, 2017, under Docket Entry Document # 135, shall remain in effect.

8. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

*Thomas M. Durkin*

THOMAS M. DURKIN
United States District Court Judge
Northern District of Illinois

Date: July 22, 2021