IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LABAR SPANN, <br><br> Defendant. | Case No. 17 CR 611 <br> Judge Thomas M. Durkin |

## ORDER

Danziel Swift is to be released from custody after processing.

Date: 10/25/2021

_____
Hon. Thomas M. Durkin
United States District Judge