```
 1               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   UNITED STATES OF AMERICA,        )
                                      )   Docket No. 17 CR 611
 4                    Plaintiff,      )
                                      )   Chicago, Illinois
 5        vs.                         )   October 20, 2021
                                      )   11:00 a.m.
 6   LABAR SPANN,                     )
                                      )
 7                    Defendant.      )

 8          EXCERPT TRANSCRIPT OF PROCEEDINGS - Volume 21
                   TESTIMONY OF BRENDA FOUNTAIN
 9      BEFORE THE HONORABLE THOMAS M. DURKIN, and a Jury

10   APPEARANCES:

11   For the Government:    MR. TIMOTHY J. STORINO
                            MS. KAVITHA J. BABU
12                          MR. WILLIAM DUNNE
                            MS. MEGAN DeMARCO
13                          U.S. Attorney's Office in the
                            Northern District of Illinois
14                          219 South Dearborn Street, 5th Floor
                            Chicago, Illinois  60604
15
     For the Defendant:     MR. STEVEN SHOBAT
16                          MS. JUSTINA SHOBAT
                            Law Offices of Steven Shobat
17                          53 West Jackson Boulevard, Suite 1603
                            Chicago, Illinois  60604
18
                            MR. MATTHEW J. McQUAID
19                          Law Offices of Matthew J. McQuaid
                            53 West Jackson Boulevard, Suite 1062
20                          Chicago, Illinois  60604

21   (NOTE:  This is an excerpt of proceedings.  Page numbering
     will not correspond to any complete trial transcript that may
22   be prepared.)
                         ELIA E. CARRIÓN
23                     Official Court Reporter
                    United States District Court
24          219 South Dearborn Street, Room 1432,
                      Chicago, Illinois 60604
25                        (312) 408-7782
                  Elia_Carrion@ilnd.uscourts.gov
```

```
 1              COURT SECURITY OFFICER:  All rise.
 2         (Jury in at 11:00 a.m.)
 3              THE COURT:  All right.  Please be seated.
 4              Ma'am, stay standing.
 5              Call your next witness.
 6              MR. DUNNE:  Your Honor, the government would call
 7    Brenda Fountain.
 8              THE COURT:  Ma'am, please raise your right hand.
 9         (The Witness is sworn.)
10              THE WITNESS:  Yes.
11              THE COURT:  All right.  Have a seat.  Please put a
12    white cover on the microphone.  The court security officer
13    will help you if -- you've got one up there?  Good.  Yeah,
14    he'll show you where it goes; right on top of the mic and then
15    you can take your mask off.
16              All right.  You may proceed.
17              MR. DUNNE:  Thank you, Judge.
18          BRENDA FOUNTAIN, GOVERNMENT WITNESS, DULY SWORN
19                        DIRECT EXAMINATION
20    BY MR. DUNNE:
21    Q.  Good morning, ma'am.
22    A.  Good morning.
23    Q.  Would you please state and spell your name slowly for the
24    court reporter.
25    A.  Brenda, B-R-E-N-D-A, Fountain, F-O-U-N-T-A-I-N.
```

B. Fountain - Direct by Dunne

3

1    Q.  Ms. Fountain, how old are you?

2    A.  59.

3    Q.  Do you have a son?

4    A.  Yes.

5    Q.  What is your son's name?

6    A.  Ricky Fountain.

7    Q.  Do you understand that you're here to talk about a -- your

8    observations of a trial that occurred in January of 2013 in

9    Cook County?

10   A.  Yes, sir.

11   Q.  Do you know who was on trial in January of 2013 in

12   Cook County?

13   A.  Yes, sir.

14   Q.  Who?

15   A.  Ricky Fountain.

16   Q.  And was he on trial with anyone else?

17   A.  Yes; Dwayne Hill.

18   Q.  Do you recall -- were you at the trial of Ricky Fountain

19   and Dwayne Hill --

20   A.  Yes.

21   Q.  -- in January of 2013?

22   A.  Yes.

23   Q.  Did the trial occur over a number of days?

24   A.  Yes.

25   Q.  Do you recall the first day you went to the trial of

B. Fountain - Direct by Dunne

4

1  Ricky Fountain and Dwayne Hill?

2  A.  Yes.

3  Q.  Do you recall who was there when you went to this trial?

4  A.  Yes.

5  Q.  And let me rephrase that question.

6          Did you go to a courtroom to observe the trial of

7  your son and Dwayne Hill?

8  A.  Yes.

9  Q.  Do you recall the judge at the trial?

10  A.  Yes.

11  Q.  What was her name?  Do you remember?

12  A.  Last name was Clay.

13  Q.  Judge Clay?

14  A.  Uh-huh.

15  Q.  And did this trial occur at 26th and California?

16  A.  Yes.

17  Q.  That's the -- is that -- do you understand that to be the

18  Cook County criminal courts building?

19  A.  Yes.

20  Q.  Now let's talk about that first day.

21          Do you recall entering the courtroom at 26th and

22  California in January of 2013 to attend your son's trial?

23  A.  Yes.

24  Q.  Who were you with?

25  A.  I was with Karen Commings, myself, and my daughter.

1  Q.  Who's -- who was Karen Commings?

2  A.  At that time she was Ricky's girlfriend.

3  Q.  Why don't you describe to the ladies and gentlemen of the

4  jury, if you would, what you observed when you went in the

5  courtroom on the first day.

6  A.  On the first day, I -- I saw, you know, different -- all

7  types of people in the courtroom, and I observed the judge,

8  Ricky, and Dwayne.

9  Q.  Where were Ricky and Dwayne sitting?

10  A.  They was sitting on the opposite side --

11  Q.  Okay.  Was there a defense table where Ricky and Dwayne

12  were sitting?

13  A.  No, not on the first day.  They was, you know, on my side.

14  They wasn't on the other side of the courtroom where the judge

15  is.

16  Q.  And -- so this first day -- and were there other people in

17  the gallery of the courtroom?

18  A.  Yes, sir.

19  Q.  And was the gallery of the courtroom broke up in two

20  different sides?

21  A.  Yes.

22  Q.  Was it similar to this courtroom, when you walk in

23  there's a -- there are seats on the -- on each side?

24  A.  Only thing was just benches, on each side.

25  Q.  Benches.  Okay.

B. Fountain - Direct by Dunne

6

1          So you walk in, you sit down, and you sat down with

2    Karen Commings and you said with your daughters?

3    A.  My daughter and Ricky.

4    Q.  Now, were there other people seated on your side of the

5    courtroom?

6    A.  Yes.  I was in sitting in the front, so there was people

7    behind me.

8    Q.  And on this other side of the courtroom where there were

9    aisles as well, were there people seated there?

10   A.  Yes.

11   Q.  Now, did the trial commence?

12   A.  I didn't hear you.

13   Q.  Did the trial begin --

14   A.  Yes.

15   Q.  -- eventually that first day?

16   A.  Yes.

17   Q.  And the prosecutors -- were there State prosecutors

18   prosecuting the case at that time?

19   A.  Yes.

20   Q.  Did the State prosecutors call certain witnesses?

21   A.  Yes, they did.

22   Q.  Do you remember one particular witness that they called?

23   A.  Yes.  They called Demetrius Harris.

24   Q.  Did Demetrius Harris testify in this case -- I'm sorry,

25   not in this case.

1             Did Demetrius Harris testify at your son's trial in
2    January of 2013 in Cook County?
3    A.  Yes.
4    Q.  And after Demetrius Harris testified, did other people
5    testify?
6    A.  Yes.
7    Q.  Did you eventually go home after the first day of trial?
8    A.  Yes, sir.
9    Q.  Did you return back to the courtroom the next day?
10   A.  Yes.
11   Q.  Describe what happened when you entered the courtroom the
12   next day.
13   A.  When we entered and Demetrius went on trial -- on the
14   stand again, he -- the first day he was like he didn't know --
15   Q.  Okay.  I want you to answer the question.  I'm not asking
16   what Mr. Harris said or didn't say right now.
17   A.  Okay.
18   Q.  Okay?
19          You just described to us the first day.  Now I'm
20   asking you the second day.  What did you observe when you came
21   into the courtroom before the trial began, just if you
22   could -- if you recall?
23   A.  There was a lot of -- there was more people that day in
24   the hallway and around the courtroom walking back and forth
25   and it was really crowded.

B. Fountain - Direct by Dunne

8

1  Q.  Was it more crowded the second day than the first day?

2  A.  Yes, sir.

3  Q.  And when you entered the courtroom on the second day,

4  where did you sit?

5  A.  The same place I sat all the time.

6  Q.  And who did you enter the courtroom with?

7  A.  Pardon me?

8  Q.  Who did you enter the courtroom with the second day?

9  A.  Ricky and Karen.

10  Q.  Did you recognize anyone else in the courtroom that day?

11  A.  No.  I was mostly focused on them, and I just know it was

12  more people.

13  Q.  And were there also people outside the courtroom that day?

14  A.  Yes.

15  Q.  And was there like -- was there a hallway outside the

16  courtroom?

17  A.  Yes.

18  Q.  Did you recognize a lot of those people at first?

19  A.  No.

20  Q.  Now, I believe you said you entered the courtroom, you sat

21  down.  Did the trial begin on -- again on the second day?

22  A.  Yes.

23  Q.  You said on the first day you recall someone named -- who

24  testified?  What was his name?

25  A.  Demetrius Harris.

B. Fountain - Direct by Dunne

9

1  Q.  On the second day, do you recall witnessing an individual

2  named Demetrius Harris testify again?

3  A.  Yes.

4  Q.  Did Mr. Harris testify?

5  A.  Yes.

6  Q.  After or during the time Mr. Harris was testifying, did

7  anything occur in the courtroom?

8  A.  Yes, it did.

9  Q.  What occurred in the courtroom either during or after

10  Mr. Harris was testifying on the second day of trial?

11  A.  Well, at first someone that was in a wheelchair, he rolled

12  up to my son and was making all kind of accusations to him and

13  Karen; told Karen to turn around and was telling my son that

14  he has to pay or Demetrius was going to recant his statement.

15  Q.  You said someone in a wheelchair?

16  A.  Yes.

17  Q.  Had you ever seen this person before?

18  A.  Through Instagram and people talking but...

19  Q.  Would you be able to recognize that person if you saw that

20  person in the courtroom today?

21  A.  Yes.

22  Q.  Would you look around the entire courtroom.  Do you see

23  the person that you observed in court in January of 2013 in a

24  wheelchair?

25  A.  I think that's him over there with the glasses on.  I

1  really can't --

2  Q.  Do you want to stand up for a minute, ma'am?  Take a look

3  around the whole courtroom.

4           THE COURT:  Watch the mic.  It's rubbing against you,

5  so you can move it.  Thank you.

6  A.  Yes.

7  BY MR. DUNNE:

8  Q.  Okay.  Would you -- would you describe what the person's

9  wearing?

10  A.  A blue suit.

11  Q.  This person that you witnessed in the wheelchair, what did

12  that person say?

13  A.  He was coming up -- he came behind my son and was like

14  threatening him.

15  Q.  What did the person say?

16  A.  He was saying if he didn't pay the 20 that

17  Demetrius Harris was going to recant his statement.

18  Q.  You heard this person say this?

19  A.  Yes.

20  Q.  And was he saying it to you or to your son?

21  A.  To my son.

22  Q.  Did you even know what this was about?

23  A.  No.

24  Q.  What happened next?

25  A.  After that, we went on a break and we went into the

1    hallway, there was a lot of commotion.  He even followed my

2    son out in the hallway saying look -- little things to him.

3    Q.  Who followed your son out in the hallway?

4    A.  The person that's in the wheelchair.

5    Q.  And what happened next?

6    A.  Well, my son, he was angry, but I told him, "Don't say

7    anything; just calm down."

8    Q.  Did you eventually reenter the courtroom on the second

9    day?

10   A.  Yes.

11   Q.  And did anyone else reenter the courtroom?

12   A.  I was sitting in the front.  I don't know.  They was

13   behind me.

14   Q.  Were there a lot of people in the courtroom, though?

15   A.  Yes.

16   Q.  On both sides of the aisle?

17   A.  Yes.

18   Q.  And before we go on, that person that was in the

19   wheelchair, do you know what race that person was?  Do you

20   recall?

21   A.  Yes.

22   Q.  What race?

23   A.  African-American.

24   Q.  Now you're back in the courtroom the second day.  You have

25   already witnessed the person in the -- African-American

1  individual in the wheelchair speak to your son, and you said

2  that he followed your son out in the hall.  Is everyone back

3  in the courtroom right now -- your son, you --

4  A.  Yes.

5  Q.  -- Karen Commings, and your daughters?  Okay.

6  A.  Yes.

7  Q.  Okay.  You don't know who's seated behind you, though, is

8  what you're saying?

9  A.  Exactly.

10  Q.  At or around that point, did Mr. Demetrius Harris begin to

11  testify again?

12  A.  Yes.

13  Q.  And during or after he testified, what, if anything,

14  happened in the courtroom?

15  A.  Well, during he testifying, he just started screaming real

16  loud and say, "What you're looking at?"  And was directly in

17  the aisle that I was sitting in --

18  Q.  Who -- who was doing this?

19  A.  -- I don't know was he talking to -- I don't know who he

20  was talking to.

21  Q.  Wait, who are you talking about, ma'am?  Excuse me.  This

22  is -- who are you saying was talking?

23  A.  Demetrius Harris.

24  Q.  Okay.  Without saying what Mr. Harris said necessarily,

25  while he was speaking on the stand, was he on the stand

B. Fountain - Direct by Dunne

13

1    testifying?

2    A.  Yes.

3    Q.  So he made some statements in court, correct, on this

4    second day?

5    A.  Yes.

6    Q.  Do you remember how the court reacted when he made the

7    statements?

8    A.  It was a few noise and the judge told half of the

9    courtroom to wait in the hallway.  She put us out.

10   Q.  So did she adjourn the proceedings for a moment?

11   A.  Yes.

12   Q.  And did you have to leave the courtroom?

13   A.  Yes.

14   Q.  Did other people have to leave the courtroom?

15   A.  Yes.

16   Q.  Were you in the hallway then?

17   A.  Yes.

18   Q.  What, if anything, happened at that point?

19   A.  It was a lot of young guys saying a lot of different

20   things where they had to call the police up to the floor.

21   Q.  Did you eventually go back into the courtroom?

22   A.  Not that day.  I think we had to wait until the next day.

23   Q.  Did you come back the next day?

24   A.  Yes.

25   Q.  Did you see anyone else in the courtroom?

1    Or did you enter the courtroom?  I should ask that

2  first.

3  A.  No.

4  Q.  Okay.  The following day, this is around Day 3 or so?

5  A.  Uh-huh.

6  Q.  Did you go back to the courthouse?

7  A.  Yes.

8  Q.  Did you go in the courtroom?

9  A.  Yes.

10  Q.  And was your son -- was there a verdict on your son?

11  A.  Yes.

12  Q.  And I don't know if I asked you this or not:  Was this a

13  jury trial or a bench trial?

14  A.  Bench trial.

15  Q.  And your son was charged with what?  Do you know?

16  A.  It was attempt murder.

17  Q.  And what did the judge decide?

18  A.  Guilty.

19    MR. DUNNE:  Judge, may I have one moment?

20    THE COURT:  Yes.

21    MR. DUNNE:  Judge, just one moment.

22  BY MR. DUNNE:

23  Q.  Ms. Fountain, who was your son's attorney, if you recall?

24  Who represented him in the January 2013 trial when he was

25  tried for attempt murder with Dwayne Hill?

1    A.   Urban, Tod Urban.

2         MR. DUNNE:  Judge, I have nothing further of this

3    witness.

4         THE COURT:  Let me talk to the attorneys at sidebar

5    for a minute.

6         (Proceedings heard at sidebar on the record.)

7         THE COURT:  All right.  The misidentified marshal

8    just traded out with his partner.  Does defense want the guy

9    in the blue suit back?

10        MR. McQUAID:  Judge, I was going to clear it up

11   anyway.  This isn't really a contested issue.

12        THE COURT:  No, I didn't think it was.

13        MR. McQUAID:  So I'm not going to let that lie --

14   that's not right, so we'll just clear it up on

15   cross-examination.

16        THE COURT:  You don't need the marshal in the blue

17   suit back?

18        MR. McQUAID:  No, no, Judge.

19        THE COURT:  Okay.  Fair enough.  Just wanted to

20   check.  All right.  Thank you.

21        (Sidebar ended.)

22        THE COURT:  All right.  Cross-examination.

23      BRENDA FOUNTAIN, GOVERNMENT WITNESS, PREVIOUSLY SWORN

24                     CROSS-EXAMINATION

25   BY MR. McQUAID:

```
 1   Q.  Ms. Fountain, you were trying to identify the person in
 2   the wheelchair that you saw back at your son's trial here
 3   today in court.  Correct?
 4   A.  Yes.
 5   Q.  Is it the man here sitting at counsel table?
 6   A.  With the over his head?
 7   Q.  Yes.
 8   A.  It look familiar.  It's been a long time, but he looks
 9   like him.
10   Q.  Okay.  It's -- it wasn't the marshal in the blue suit?  It
11   was -- it's the -- it's this man here.  Correct?
12   A.  The same hairstyle, yeah.
13   Q.  Okay.  Thank you.
14           Now, you testified that you were -- on the first day
15   of trial you were sitted -- seated in the gallery waiting for
16   Ricky's trial to begin.  Correct?
17   A.  Yes.
18   Q.  And that time Ricky was sitting with you?
19   A.  Yes.
20   Q.  Is it that -- is it at that time that you're saying the
21   man in the wheelchair came behind -- or came up to Ricky and
22   spoke to him?
23   A.  No, it was the second day.
24   Q.  Okay.  That was the second day?
25   A.  Yes.
```

1  Q.  Okay.  So the first day, the man in the wheelchair wasn't
2  there?
3  A.  No.
4  Q.  Okay.  And when the trial began on the first day Demetrius
5  Harris testified, and you saw that testimony.  Correct?
6  A.  Yes.
7  Q.  And at that first day, Demetrius Harris did not identify
8  Ricky or Dwayne as being involved in the shooting.  Correct?
9  A.  Correct.
10  Q.  Okay.  Now, the second day, you testified -- at that point
11  you're again seated in the gallery with your son when the man
12  in the wheelchair approached?
13  A.  Yes.
14  Q.  Okay.  So Ricky -- the trial hadn't begun then.  You were
15  waiting for that to happen?
16  A.  Yes.
17  Q.  So Ricky was sitting next to you?
18  A.  Yes.
19  Q.  And Karen Commings.  Correct?
20  A.  Yes.
21  Q.  And that was his girlfriend?
22  A.  Yes.
23  Q.  And at that point you testified that the man in the
24  wheelchair said to Ricky, "You're going to pay the 20"?
25  A.  Yes.

1    Q.  "Or Harris is going to change his story"?

2    A.  Yes.

3    Q.  Something to that vein.  Correct?

4    A.  Yes.

5    Q.  By 20-, you understood 20,000?

6    A.  Yes, sir.

7    Q.  Okay.  And -- then the trial -- at some point you were

8    present, the trial started up again, correct, on the second

9    day?

10   A.  Yes.

11   Q.  And Mr. Harris came back on the witness stand.  Is that

12   your testimony?

13   A.  Yes.

14   Q.  And are you saying that when he took the witness stand,

15   the first thing he did was start directing comments towards

16   somebody in the gallery?

17   A.  Yes.

18   Q.  So he wasn't answering any questions from the prosecutor

19   or anything.  He started talking to somebody that was watching

20   this trial?

21   A.  I don't know if someone was staring at him or whatever,

22   but he started talking to them.

23   Q.  Okay.  And he just started doing that.  Correct?

24          Nobody prompted him.  Correct?

25   A.  Not that I know of.

1   Q.  Okay.  And you didn't hear anything coming into his

2   direction; he started it.  Right?

3   A.  Yes.

4   Q.  And basically, you're testifying that he said, you know,

5   who you staring at or who you looking at?  Correct?

6   A.  Yes.

7   Q.  Something like that?

8   A.  Yes.

9   Q.  As if to say -- what did you take that to mean?

10  A.  I didn't know.  It was a surprise that he blurted out like

11  that.

12  Q.  Okay.  So is it at that point in time then the judge

13  clears the courtroom?

14  A.  Yes.  Right after that.

15  Q.  Okay.  And then you said you went into the hallway.  Did

16  Ricky and Dwayne remain inside the courtroom?

17  A.  No.  Ricky was with -- he came out with me.

18  Q.  Okay.  And then security was called?

19  A.  Yes.

20  Q.  Or more deputies were called.  Correct?

21  A.  Yes.

22  Q.  There were deputies in the courtroom at the time of the

23  trial.  Correct?

24  A.  Yes.

25  Q.  But there were a lot of people in the hallway, so more of

1  them came in result of this commotion.  Correct?

2  A.  Correct.

3  Q.  And there's -- is there talking in between people?  Is

4  that what was going on?

5  A.  Yes.

6  Q.  And it was disruptive, would you say?

7  A.  Yes.

8  Q.  Okay.  And at that point they asked everybody -- or they

9  asked you and Karen -- or at least you to leave the area.

10  Correct?

11  A.  No.  We was already out of the courtroom when that

12  happened.

13  Q.  Okay.  But then they told you to leave the building.

14  Correct?

15  A.  Yes.  We all left at that time.

16  Q.  Okay.  So you didn't go back in to watch the trial the

17  second day.  Correct?

18  A.  I didn't go back in afterwards because we had to leave.

19  Or I don't know if Demetrius had made his statement before he

20  outburst, but he did say that now he remembered who it was.

21  Q.  Okay.  But you weren't there for that.  Right?

22  A.  Not that I recall.  I don't.

23  Q.  Okay.  Well, that was pretty significant.  You would

24  probably remember that, right, if --

25  A.  I would hope so.  But I remember him saying it so I had to

1    be there.

2    Q.  Okay.  And basically, what you heard him say, then, if you

3    did, was that he changed his testimony.  Correct?

4    A.  Yes, sir.

5    Q.  And then -- and your son was on bond.  Correct?  He was

6    not detained prior to trial?  He was coming and going to the

7    courthouse for his trial, correct, with you and Karen?

8    A.  Yes, yes.

9    Q.  And -- and ultimately, on the third day of trial, the

10   judge found him guilty.  Correct?

11   A.  Correct.

12           MR. McQUAID:  Could I have one moment, please, Judge?

13           THE COURT:  You may.

14           MR. McQUAID:  I'm fine.  That's all I have, Judge.

15   Thank you.

16           THE COURT:  Any redirect?

17           MR. DUNNE:  No, sir.

18           THE COURT:  All right.  Ma'am, you're excused.  Thank

19   you.

20           THE WITNESS:  Thank you.

21           THE COURT:  If you could please take that white cover

22   off the mic and throw it in the garbage can.  Thank you very

23   much.

24       (Witness excused.)

25       (Proceedings herein not transcribed.)

1    CERTIFICATE

2        I certify that the foregoing is a correct transcript from

3    the record of proceedings in the above-entitled matter.

4    /s/ Elia E. Carrión              27th day of December, 2021

5    Elia E. Carrión                           Date
     Official Court Reporter
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25